In the Matter of MARY M. SEAGRIST et al., Respondents, against COMPTROLLER OF THE CITY OF NEW YORK, Appellant.— The late filing of the notice of claim has not been shown to be due to any incapacity of the claimants or other reason which is a ground for excepting late filing under subdivision 5 of section 50-e of the General Municipal Law. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

L. & R. HEWETT CONSTRUCTION CORPORATION, Respondent, v. MAX AUSNIT et al., Appellants. L. & R. HEWETT CONSTRUCTION CORPORATION, Respondent, v. EDGAR AUSNIT, Appellant.— The conditions specified in section 1452 of the Civil Practice Act, for the appointment of an arbitrator by the court have not been shown to exist; the contract provisions for arbitration must be followed and appointment of a third arbitrator made in accordance therewith. Orders unanimously reversed, with $20 costs and disbursements to the appellants, and the motions denied. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

WILLIAM OTTMANN, Respondent, v. MAX I. COHEN et al., Defendants, and CITY OF NEW YORK, Appellant.— Order unanimously modified so as to strike therefrom the characterization of the capacity in which defendant Cohen is to be examined as a witness, namely " against defendant The City of New York " and as so modified, affirmed. The discovery here is appropriate. Whether as the result thereof a bus driver in the employ of the City of New York may be found to testify upon examination before trial can await the outcome of the discovery. The date for the discovery to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

CLARA GREENBAUM, Individually and as Administratrix of the Estate of ARTHUR GREENBAUM, Deceased, Respondent, v. JULIUS L. BAGDAN, Appellant.— No good reason has been shown to open up a preclusion order of two years standing in this stale litigation, and there is no adequate showing of merits. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ. [See 282 App. Div. 684.]

■

521 WEST 58TH STREET CORP., Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

In the Matter of the Arbitration between JEAN ROSENDAHL, Respondent, and BERNARD GRAHAM, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.